Oscar Seegar, defendant in error, v. Luther A. Perrine, plaintiff in error. Gen. No. 8,242.

Opinion filed January 24, 1929.

J. W. Templeman, for plaintiff in error. Jesse Peebles and Don M. Peebles, for defendant in error.

Mr. Justice Eldredge delivered the opinion of the court.

Jerry T. Ring, appellant, v. Trumbull U. Smirl, appellee. Gen. No. 8,257.

Opinion filed January 24, 1928.

William T. Wilson, for appellant. H. P. Samuell and Walter W. Wright, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

P. J. Breen, appellant, v. Fred Rhoads, appellee. Gen. No. 8,263.

Opinion filed January 24, 1929.

James Vause, Jr. and Carl D. Kiger, for appellant; J. I. Dilsaver, of counsel. R. S. Dyas, and Ben H. Redman, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

T. J. Sullivan, appellee, v. John J. Nicholson and Celea Nicholson, appellants. Gen. No. 8,267.

Opinion filed January 24, 1929.

Robert W. Martin and Donovan, Bray & Gray, for appellants. Gillespie, Burke & Gillespie, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

The People of the State of Illinois ex rel. Aloysius McLean and Hiram L. Deal, appellees, v. W. W. Bradford et al., appellants. Gen. No. 8,280.

Opinion filed January 24, 1929.

Hogan & Reese and John W. Coale, for appellants. Leslie J. Taylor, for appellees; C. E. Flesher, of counsel.

Mr. Justice Eldredge delivered the opinion of the court.